1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                             EASTERN DISTRICT OF CALIFORNIA

7

8   RICHARD CIRIMELE,                    )          1:06-cv-00335-OWW-TAG-HC
                                         )
9         Petitioner,                    )          ORDER DENYING MOTION FOR
                                         )          APPOINTMENT OF COUNSEL
10              v.                        )
                                         )          (Doc. 6)
11  D. SMITH, Warden, et al.,            )
                                         )
12                                       )
          Respondents.                   )
13  _____)

14        Petitioner has requested the appointment of counsel.  There currently exists no absolute

15  right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

16  479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

17  cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

18  of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

19  Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

20  justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

21  ORDERED that Petitioner's request for appointment of counsel (Doc. 6), is DENIED.

22

23  IT IS SO ORDERED.

24  Dated:   **July 28, 2006**                            **/s/ Theresa A. Goldner**
        **j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28