1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CIRIMELE, | ) |
|                Petitioner, | ) 1:06-cv-00335-OWW-TAG HC |
| | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
|      v. | ) (Doc. 8) |
| | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| USP ATWATER, et al., | ) OF HABEAS CORPUS |
| | ) (Doc. 1) |
|                Respondents. | ) |
| _____ | ) ORDER DIRECTING CLERK OF COURT TO |
| |   ENTER JUDGMENT |

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

        On December 6, 2007, the Magistrate Judge assigned to the case filed a Findings and

Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because

the Petition should have been filed as a motion for reconsideration in the trial court pursuant to 28

U.S.C. § 2255.  (Doc. 8).  The Findings and Recommendation was served on all parties and

contained notice that any objections were to be filed within twenty days from the date of service of

that order.  To date, the parties in this case have not filed objections to the Magistrate Judge's

Findings and Recommendations.

28

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 6, 2007 (Doc. 8), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    January 10, 2008           _____/s/ Oliver W. Wanger_____**
                                                    UNITED STATES DISTRICT JUDGE

2